UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED | CIVIL ACTION |
| VERSUS | No. 23-5067 |
| LATOYA CANTRELL | SECTION I |

## ORDER

Before the Court is Mayor LaToya Cantrell's ("Mayor Cantrell") memorandum[1] in opposition to remand, filed in response to Voice of the Experienced's ("VOTE") "emergency motion[2] for remand." In light of this Court's September 11, 2023 order,[3] which ordered Mayor Cantrell to respond to VOTE's motion[4] "for expedited consideration" of the motion to remand no later than Thursday, September 14, 2023 at 12:00 P.M.,

**IT IS ORDERED** that counsel for Mayor Cantrell shall file a response to the motion[5] for expedited consideration no later than **THURSDAY, SEPTEMBER 14, 2023 at 5:00 P.M.**

New Orleans, Louisiana, September 14, 2023.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 11.
[2] R. Doc. No. 5.
[3] R. Doc. No. 10.
[4] R. Doc. No. 6.
[5] *Id.*