UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED | CIVIL ACTION |
| VERSUS | No. 23-5067 |
| LATOYA CANTRELL | SECTION I |

## ORDER

Before the Court is a motion[1] filed by plaintiff, Voice of the Experienced ("VOTE"), seeking reconsideration of this Court's September 20, 2023 order,[2] which denied VOTE's motion[3] to expedite its motion[4] for remand. Also before the Court is VOTE's motion[5] to expedite its motion for reconsideration. The submission date for VOTE's motion to remand is September 27, 2023, only four working days away. Accordingly,

**IT IS ORDERED** that VOTE's motion[6] for reconsideration of this Court's order regarding expedited consideration and its motion[7] for expedited consideration of the same are **DENIED**.

Because VOTE's motion for reconsideration raised certain new arguments which the Court may consider in its analysis of the motion to remand, **IT IS FURTHER ORDERED** that counsel for defendant, Mayor LaToya Cantrell, shall

---

[1] R. Doc. No. 16.
[2] R. Doc. No. 15.
[3] R. Doc. No. 6.
[4] R. Doc. No. 5.
[5] R. Doc. No. 17.
[6] R. Doc. No. 16.
[7] R. Doc. No. 17.

file any response to those arguments no later than **WEDNESDAY, SEPTEMBER 27, at 5:00 P.M.**

New Orleans, Louisiana, September 22, 2023.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**