UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VOICE OF THE EXPERIENCED** | * | **CIVIL ACTION NO. 23-CV-5067** |
| | * | **SECTION I** |
| | * | |
| **VERSUS** | * | **JUDGE: Lance Africk** |
| | * | |
| **THE HONORABLE MAYOR** | * | **MAG: Michael North** |
| **LATOYA CANTRELL, IN HER** | * | |
| **OFFICIAL CAPACITY** | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REPLY MEMORANDUM

NOW INTO COURT, comes the Mayor LaToya Cantrell ("Mayor Cantrell"), who respectfully submits this reply to Plaintiff's supplemental memorandum pursuant to this Court's Order issued on October 2, 2023.[1]

In its memorandum to this Court, Plaintiff agrees with the City's position on each element of Article III standing except whether this Court has ability to redress its alleged injury. As has been previously articulated, the City has acted in accordance with its understanding of the Court's Order. Plaintiff argues that "[i]f this Court is not telling the City of New Orleans to disregard these municipal procedures, then the City's actions can only be adjudicated in state court because there is no federal question jurisdiction." That is not correct. The City would respectfully suggest that this Court's exercise of federal authority is clear. If the City is wrong in its understanding of the Court's Order, the alleged injury can be redressed by further order of this Court.

---

[1] Rec. Doc. 26.

Respectfully submitted,

/s *Mark D. Macnamara*
**MARK DANIEL MACNAMARA, LSB #24532**
ASSISTANT CITY ATTORNEY
DMACNAMARA@NOLA.GOV
**RENEE GOUDEAU, LSB #33157**
DEPUTY CITY ATTORNEY
REGOUDEAU@NOLA.GOV
**CORWIN ST. RAYMOND, LSB # 31330**
CHIEF DEPUTY CITY ATTORNEY
CMSTRAYMOND@NOLA.GOV
**DONESIA TURNER, LSB # 23338**
CITY ATTORNEY
DONESIA.TURNER@NOLA.GOV
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868

*Attorneys for Mayor Latoya Cantrell, in her official capacity*